UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINA RICHARDSON,

        Plaintiff(s),                      No. C 09-2996 PJH

    v.                                **ORDER TO SHOW CAUSE**

DIVERSIFIED COLLECTION SERVICES, INC.,

        Defendant(s).

_____/

    Plaintiff in the above-entitled matter having appeared at the case management conference on October 22, 2009, even though her counsel is located in Los Angeles, and defendant having failed to appear as ordered by the court even though its counsel is located in Sacramento,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why sanctions should not be imposed for the failure to appear.

    The hearing on the order to show cause will be held on November 5, 2009 at 2:30 p.m. at the Oakland Courthouse and defendant's appearance is mandatory. Plaintiff's counsel is invited to file within one week a declaration setting forth any request for reimbursement of plaintiff's costs incurred for today's appearance.

    **IT IS SO ORDERED.**

Dated: October 22, 2009

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge