**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA RICHARDSON, )<br>　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　 )<br>　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　 )<br>　　　　　　　　　　　　　)<br>DIVERSIFIED COLLECTION SERVICES, )<br>INC.　　　　　　　　　　　)<br>　　　　Defendant..　　　　 ) | Case No.: **09-CV-02996**<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March ~~23~~ 24, 2010

_____
The Hon
United S

*[Signature stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California]*

1

---
[Proposed] Order